## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:24-cr-00231-JPC |
| | ) | |
| v. | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| CHARIECE CHEW, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## <u>STATUS REPORT</u>

Defendant Chariece Chew, by and through the undersigned counsel, notifies the Court that the above captioned matter has successfully been transitioned from prior Counsel. Undersigned counsel received discovery from the government and has possession of prior counsel's file. Further, counsel met with Mr. Chew, has assembled a team to work on this matter, and has initiated discovery review. Defendant requests that the Court set a briefing schedule at the next status conference.

Respectfully submitted,

*s/ Marisa T. Darden*
Marisa T. Darden (0098583)
Justin L. Monday (0088205)
**BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
Facsimile:  216.363.4588
Email: mdarden@beneschlaw.com
        jmonday@beneschlaw.com

*Attorneys for Defendant Chariece Chew*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on November 20, 2024, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Marisa T. Darden*
Marisa T. Darden (0098583)

*One of the Attorneys for Defendant*