# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | **CASE NO. 1:24-cr-00231-JPC-1** |
| | : | |
| **Plaintiff,** | : | **JUDGE J. PHILIP CALABRESE** |
| | : | |
| v. | : | |
| | : | |
| **CHARIECE CHEW et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## MOTION TO WITHDRAW

    Pursuant to Local Rule 83.9, the undersigned hereby move the Court for leave to withdraw the appearances of attorneys Marisa T. Darden and Justin L. Monday of the firm Benesch, Friedlander, Coplan & Aronoff LLP as counsel on behalf of Defendant Chariece Chew. In support of this motion, the undersigned state that there is good cause for this motion in that a dispute has arisen between counsel and the Defendant as to the appealability of certain factual issues raised during the trial. Counsel and the Defendant have come to the mutual agreement that Mr. Chew requires new counsel to analyze potential issues for appeal, including but not limited to ineffective assistance of counsel. As the Court's deadline for post-trial motions, including any potential appeal, is still more than two weeks away and counsel have agreed to assist Mr. Chew in identifying new counsel, Mr. Chew will not be prejudiced by counsel's removal.

Respectfully Submitted,

*s/ Marisa T. Darden*
Marisa T. Darden (0098583)
Justin L. Monday (0088205)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: (216) 363-4500

Facsimile: (216) 363-4588
Email: mdarden@beneschlaw.com
jmonday@beneschlaw.com

*Counsel for Defendant Chariece Chew*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2025, the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*s/ Marisa T. Darden*
Marisa T. Darden
*One of the attorneys for Defendant Chariece Chew*
